UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MITCHELL BOISVERT,

    Plaintiff,

v.                                               Case No: 8:20-cv-2076-JSM-SPF

CARNIVAL CORPORATION,

    Defendant.
_____

ORDER

    The Court has been advised via a Notice of Settlement (Dkt. 33) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.09(b), it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida, this 26th day of April, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record